PLUMMER V REEVES



NO. 07-03-0319-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



FEBRUARY 24, 2004


______________________________



ROBERT W. PAIGE, M.D.
,




 Appellant


v.



SPROUSE, SMITH & ROWLEY, PC. F/K/A


SPROUSE, MOZOLA, SMITH & ROWLEY, PC.


AND JOHN MOZOLA,




 Appellees

_________________________________



FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;



NO. 88,858-E; HON. ABE LOPEZ, PRESIDING


_______________________________



ORDER OF ABATEMENT


_______________________________



Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

 Robert W. Paige, M.D. (appellant) appeals the April 22, 2003 order of dismissal of
the 108th District Court of Potter County. This court has received notice from counsel for 
trustee that appellant has filed a voluntary petition as debtor under Chapter 7 of the United
States Bankruptcy Code. Said notice included a file-marked copy of said petition. 
Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. 

 Under these circumstances, and for administrative purposes, the court orders that
the appeal be abated and removed from the docket of this Court until further order. 


 Per Curiam